IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LANICE BONDS, #295612, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIV. ACT. NO. 1:16cv833-ECM |
| ) | [WO] |
| CHRISTOPHER GORDY, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**OPINION and ORDER**

On February 11, 2019, the Magistrate Judge entered a Recommendation that the petitioner's habeas petition be dismissed with prejudice (doc. 16) to which no objections have been filed. Upon an independent review of the file and the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and the petition for writ of habeas corpus filed by Bonds be and is hereby DENIED with prejudice.

DONE this 13th day of March, 2019.

                                              /s/ Emily C. Marks
                                          EMILY C. MARKS
                                          CHIEF UNITED STATES DISTRICT JUDGE