IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LANICE BONDS, #295612, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIV. ACT. NO. 1:16cv833-ECM |
| ) | [WO] |
| CHRISTOPHER GORDY, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **FINAL JUDGMENT**

In accordance with the memorandum opinion entered in this case on this day, it is the

ORDER, JUDGMENT and DECREE of the Court that this case be and is hereby DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to FED.R.CIV.P. 58.

DONE this 13th day of March, 2019.

　　　　　　　　　　　　　　　/s/ Emily C. Marks
　　　　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE